UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JASON MACLENNAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 09-2017 (RJL) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE *et al.*, ) | |
| ) | |
| Defendants. ) | |

ORDER

For the reasons stated in the accompanying Memorandum, it is this __16__ day of March 2011,

ORDERED that defendants' motion to dismiss [Dkt. No. 15] is **GRANTED** as conceded; and it is

**FURTHER ORDERED** that this case is **DISMISSED**. This is a final appealable Order.

RICHARD J. LEON
United States District Judge